# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 9, 2019

**BY ECF**

Sentencing adjourned to 2/25/20 at 3:30 pm.

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

12/9/19

**RE:   United States v. Christopher Grebinger**
**14 CR 476 (CS), 19 Civ. 8600 (CS)**

Dear Judge Seibel:

I write with the consent of the Government to respectfully request an adjournment of about 60 days of Mr. Grebinger's sentencing, currently scheduled for December 18, 2019. Mr. Grebinger's family would like to be present for the sentencing, but they are having some scheduling difficulties due to final exams at school and holiday activities.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
(212) 417-8719

cc:   AUSA Scott Hartman (via ECF)