UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
      United States of America,

             -against-

      Christopher Grebinger,
             Defendant.
------------------------------------------------------X

**ORDER**

7:14-CR-476-9 (CS)
7:19-CV-8600 (CS)

Seibel, J.

      The Court has received and reviewed the parties' submissions regarding the effect of the Supreme Court's decision in <u>United States v. Davis</u>, 139 S. Ct. 2319 (2019), on Defendant Christopher Grebinger's conviction on Count Two of Indictment S1 14-CR-476, which charged Mr. Grebinger under 18 U.S.C. § 924(c)(1)(A)(i) with using, carrying and possessing firearms during and in relation to a crime of violence -- specifically, the racketeering conspiracy charged in Count One. The Court agrees with the parties that vacatur of Defendant's § 924(c) conviction is appropriate, and therefore grants Defendant's motion to vacate that conviction pursuant to 28 U.S.C. § 2255 (Doc. 398 in No. 14-CR-476 and Doc. 1 in No. 19-CV-8600). Defendant's conviction on Count Two of Indictment S1 14-CR-476 is hereby vacated. The Court has re-sentenced Mr. Grebinger on Count One and entered an Amended Judgment. This Order resolves Doc. 398 in No. 14-CR-476 and Doc. 1 in No. 19-CV-8600. The Clerk of Court is respectfully directed to close case No. 19-CV-8600.

**SO ORDERED.**

Dated: 3/4/20
White Plains, New York

_____
Cathy Seibel, U.S.D.J.